PS-8
8/88

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Marquis Deja Brite            Docket No. 5:20-CR-388-7D

### Petition for Action on Conditions of Pretrial Release

COMES NOW Taylor R. O'Neil, U.S. Probation Officer of the court, presenting an official report upon the conduct of defendant, Marquis Deja Brite, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at Raleigh, on the 17th day of September, 2020.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 16, 2020, the defendant tested positive for Oxycodone and Marijuana. Laboratory confirmation results were received on October 22, 2020. The defendant had previously admitted to using marijuana heavily prior to supervision, as such his future tests will be monitored for new use. Regarding the prescription drugs, the defendant admitted to taking medication that was not prescribed to him. He cited that he has pain related to chronic kidney stones. The defendant was verbally reprimanded for taking non-prescribed medicine and encouraged him to seek medical care to treat his pain. To address any further drug use, the probation office is recommending that the defendant's conditions of release be modified to include substance abuse therapy.

### PRAYING THAT THE COURT WILL ORDER

- The defendant must participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the probation office or supervising officer.

Reviewed and approved,        I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy           /s/ Taylor R. O'Neil
Maurice J. Foy            Taylor R. O'Neil
Supervising U.S. Probation Officer     U.S. Probation Officer
                 310 New Bern Avenue, Room 610
                 Raleigh, NC 27601-1441
                 Phone: 919-861-8698
                 Executed On: October 23, 2020

### ORDER OF THE COURT

Considered and ordered the **23** day of **OCTOBER**, 2020, and ordered filed and made part of the records in the above case.

James E. Gates
U.S. Magistrate Judge